## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:19−cv−01995−EMC

Ziccarello v. Sanyo Energy (U.S.A.) Corporation et al
Assigned to: Judge Edward M. Chen
 Relate Case Case:   3:18−cv−04664−EMC
Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 04/12/2019
Date Terminated: 08/09/2019
Jury Demand: Plaintiff
Nature of Suit: 195 Contract Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Richard Ziccarello**
*on behalf of himself and others similarly situated*

represented by **David Michael Birka−White**
Birka−White Law Offices
178 E. Prospect Avenue
Danville, CA 94526
925−362−9999
Fax: 925−362−9970
Email: dbw@birka−white.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E. Schaffer**
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592−1500
Fax: (215) 592−4663
Email: cschaffer@lfsblaw.com
*ATTORNEY TO BE NOTICED*

**John D Green**
Farella Braun Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
415 954−4400
Fax: 415−954−4480
Email: jgreen@fbm.com
*ATTORNEY TO BE NOTICED*

**Russell E Taylor**
Farella Braun Martel LLP
235 Montgomery Street, 21st Fl.
Russ Building
San Francisco, CA 94104
415−954−4400
Fax: 415−954−4480
Email: rtaylor@fbm.com
*ATTORNEY TO BE NOTICED*

**Steven Todd Knuppel**
Law Offices of Steven T. Knuppel

        178 East Prospect Avenue
        Danville, CA 94526
        United Sta
        925–495–0300
        Fax: 9252414667
        Email: sknuppellaw@gmail.com
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Sanyo Energy (U.S.A.) Corporation      represented by      **David Ramraj Singh**
    Weil, Gotshal and Manges LLP
    201 Redwood Shores Parkway
    5th Floor
    Redwood Shores, CA 94065
    650–802–3000
    Fax: 650–802–3100
    Email: david.singh@weil.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **David L. Yohai**
    Weil, Gotshal, & Manges, LLP`
    767 Fifth Avenue
    New York, NY 10153
    212–310–8275
    Fax: 212–310–8000
    Email: david.yohai@weil.com
    *ATTORNEY TO BE NOTICED*

**Defendant**

Sanyo North America Corporation      represented by      **David Ramraj Singh**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **David L. Yohai**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

Panasonic Corporation of North America      represented by      **David Ramraj Singh**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **David L. Yohai**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2019 | Ï 1 | COMPLAINT with Jury Demand against All Defendants ( Filing fee $ 400, receipt number 0971−13258531.). Filed by Richard Ziccarello. (Attachments: # 1 Civil Cover Sheet)(Birka−White, David) (Filed on 4/12/2019) Modified on 4/15/2019 (ajsS, COURT STAFF). (Entered: 04/12/2019) |
| 04/12/2019 | Ï 2 | Proposed Summons. (Birka−White, David) (Filed on 4/12/2019) (Entered: 04/12/2019) |
| 04/15/2019 | Ï 3 | Case assigned to Magistrate Judge Donna M. Ryu.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 4/29/2019. (haS, COURT STAFF) (Filed on 4/15/2019) (Entered: 04/15/2019) |
| 04/15/2019 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/24/2019. Initial Case Management Conference set for 7/31/2019 01:30 PM in Oakland, Courtroom 4, 3rd Floor. (ajsS, COURT STAFF) (Filed on 4/15/2019) (Entered: 04/15/2019)** |
| 04/15/2019 | Ï 5 | Summons Issued as to Panasonic Corporation of North America, Sanyo Energy (U.S.A.) Corporation, Sanyo North America Corporation. (ajsS, COURT STAFF) (Filed on 4/15/2019) (Entered: 04/15/2019) |
| 04/16/2019 | Ï 6 | Certificate of Interested Entities by Richard Ziccarello (Birka−White, David) (Filed on 4/16/2019) (Entered: 04/16/2019) |
| 04/30/2019 | Ï 7 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Richard Ziccarello.. (Birka−White, David) (Filed on 4/30/2019) (Entered: 04/30/2019) |
| 05/03/2019 | Ï 8 | NOTICE of Pendency of Other Action or Proceeding by Richard Ziccarello (Birka−White, David) (Filed on 5/3/2019) Modified on 5/3/2019 (ajsS, COURT STAFF). (Entered: 05/03/2019) |
| 05/07/2019 | Ï 9 | JOINT STIPULATION to Extend Time to Answer, Move, or Otherwise Respond to Complaint filed by Panasonic Corporation of North America, Sanyo Energy (U.S.A.) Corporation, Sanyo North America Corporation and Richard Ziccarello. (Singh, David) (Filed on 5/7/2019) Modified on 5/8/2019 (ajsS, COURT STAFF). (Entered: 05/07/2019) |
| 05/07/2019 | Ï 10 | DEFENDANTS' DISCLOSURE OF INTERESTED ENTITIES or Persons Pursuant to Fed. R. Civ. P. 7.1(A) and Civil Local Rule 3−15 by Panasonic Corporation of North America, Sanyo Energy (U.S.A.) Corporation, Sanyo North America Corporation identifying Corporate Parent Panasonic Corporation, Corporate Parent Panasonic Holding (Netherlands) B.V. for Panasonic Corporation of North America. (Singh, David) (Filed on 5/7/2019) Modified on 5/8/2019 (ajsS, COURT STAFF). Modified on 5/8/2019 (ajsS, COURT STAFF). (Entered: 05/07/2019) |
| 05/08/2019 | Ï 11 | CLERK'S NOTICE TO DEFENDANTS Re: Consent or Declination: Defendants shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 5/22/2019. (ig, COURT STAFF) (Filed on 5/8/2019) (Entered: 05/08/2019) |

| | | |
|---|---|---|
| 05/08/2019 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Panasonic Corporation of North America, Sanyo Energy (U.S.A.) Corporation, Sanyo North America Corporation.. (Singh, David) (Filed on 5/8/2019) (Entered: 05/08/2019) |
| 05/08/2019 | 13 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (ig, COURT STAFF) (Filed on 5/8/2019) (Entered: 05/08/2019) |
| 05/09/2019 | 14 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Jon S. Tigar for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by the Clerk on 05/09/2019. (Attachments: # 1 Notice of Eligibility for Video Recording)(ajsS, COURT STAFF) (Filed on 5/9/2019) (Entered: 05/09/2019)** |
| 05/10/2019 | 15 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 7/24/2019. Initial Case Management Conference set for 7/31/2019 at 2:00 p.m. in San Francisco, Courtroom 9, 19th Floor. (Attachments: # 1 Standing Order, # 2 Standing Order for All Judges of the Northern District) (wsnS, COURT STAFF) (Filed on 5/10/2019) (Entered: 05/10/2019) |
| 05/15/2019 | 16 | **RELATED CASE ORDER. Case related to 18–cv–4664–EMC. Signed by Judge Edward M. Chen on 5/15/2019. (afmS, COURT STAFF) (Filed on 5/15/2019) (Entered: 05/15/2019)** |
| 05/16/2019 | 17 | Case reassigned to Judge Edward M. Chen. Judge Jon S. Tigar no longer assigned to the case. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. (haS, COURT STAFF) (Filed on 5/16/2019) (Entered: 05/16/2019) |
| 05/16/2019 | 18 | **CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASE: Initial Case Management Conference set for 8/1/2019 09:30 AM in San Francisco, Courtroom 05, 17th Floor. Joint Case Management Statement due by 7/25/2019. Signed by Judge Edward M. Chen on 5/16/2019. (afmS, COURT STAFF) (Filed on 5/16/2019) (Entered: 05/16/2019)** |
| 05/22/2019 | 19 | MOTION for leave to appear in Pro Hac Vice *of David L. Yohai* ( Filing fee $ 310, receipt number 0971–13369769.) filed by Panasonic Corporation of North America, Sanyo Energy (U.S.A.) Corporation, Sanyo North America Corporation. (Yohai, David) (Filed on 5/22/2019) (Entered: 05/22/2019) |
| 05/22/2019 | 20 | **Order by Judge Edward M. Chen granting 19 Motion for Pro Hac Vice.(afmS, COURT STAFF) (Filed on 5/22/2019) (Entered: 05/22/2019)** |
| 05/30/2019 | 21 | MOTION to Strike or Stay, MOTION to Dismiss for Lack of Jurisdiction *Defendants' Notice of Motion and Motion to Strike, Stay, or Dismiss for Lack of Personal Jurisdiction* filed by Panasonic Corporation of North America, Sanyo Energy (U.S.A.) Corporation, Sanyo North America Corporation. Motion Hearing set for 7/11/2019 01:30 PM in San Francisco, Courtroom 05, 17th |

| | | |
|---|---|---|
| | | Floor before Judge Edward M. Chen. Responses due by 6/13/2019. Replies due by 6/20/2019. (Attachments: # 1 Proposed Order)(Singh, David) (Filed on 5/30/2019) Modified on 5/31/2019 (slhS, COURT STAFF). (Entered: 05/30/2019) |
| 05/30/2019 | Ï 22 | Declaration in Support of 21 MOTION to Strike or Stay, MOTION to Dismiss for Lack of Jurisdiction filed by Panasonic Corporation of North America, Sanyo Energy (U.S.A.) Corporation, Sanyo North America Corporation. (Attachments: # 1 Exhibit A)(Related document(s) 21 ) (Singh, David) (Filed on 5/30/2019) Modified on 5/31/2019 (slhS, COURT STAFF). (Entered: 05/30/2019) |
| 06/13/2019 | Ï 23 | STIPULATION WITH PROPOSED ORDER *REGARDING DEFENDANTS' MOTION TO STRIKE* filed by Richard Ziccarello. (Taylor, Russell) (Filed on 6/13/2019) (Entered: 06/13/2019) |
| 06/17/2019 | Ï 24 | **Order by Judge Edward M. Chen granting 23 Stipulation Regarding Extension of Deadlines re: 21 Motion to Strike. Plaintiff's opposition due 7/10/2019; defendants' reply due 8/15/2019; hearing set 8/29/2019 at 1:30 p.m.(afmS, COURT STAFF) (Filed on 6/17/2019) (Entered: 06/17/2019)** |
| 06/17/2019 | Ï | Set/Reset Deadlines as to 21 MOTION to Strike or Stay MOTION to Dismiss for Lack of Jurisdiction. Responses due by 7/10/2019. Replies due by 8/15/2019. Motion Hearing reset for 8/29/2019 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. (afmS, COURT STAFF) (Filed on 6/17/2019) (Entered: 06/17/2019) |
| 07/09/2019 | Ï 25 | NOTICE of Change In Counsel by David Ramraj Singh *Notice of Withdrawal of Attorney John A. Stratford* (Singh, David) (Filed on 7/9/2019) (Entered: 07/09/2019) |
| 07/09/2019 | Ï 26 | STIPULATION WITH PROPOSED ORDER *Stipulated [Proposed] Scheduling Order Regarding Plaintiff Filing Opposition to Defendants' Motion to Strike, Stay or Dismiss and Defendants' Reply Thereto* filed by Richard Ziccarello. (Birka−White, David) (Filed on 7/9/2019) (Entered: 07/09/2019) |
| 07/10/2019 | Ï 27 | **Order by Judge Edward M. Chen granting 26 Stipulation Scheduling Order as Amended Regarding Plaintiff Filing an Opposition to Defendants' Motion to Strike, Stay, or Dismiss and Defendants' Reply Thereto. Motion hearing currently scheduled for 8/29/2019 and cmc currently scheduled for 8/1/2019 are continued pending a ruling on the Dickerts Motion and shall be reset at an appropriate time. (afmS, COURT STAFF) (Filed on 7/10/2019) Modified on 7/10/2019 (afmS, COURT STAFF). (Entered: 07/10/2019)** |
| 07/10/2019 | Ï 28 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *Plaintiff's ADR Certification by Parties and Counsel* (Birka−White, David) (Filed on 7/10/2019) (Entered: 07/10/2019) |
| 07/10/2019 | Ï 29 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Singh, David) (Filed on 7/10/2019) (Entered: 07/10/2019) |
| 08/01/2019 | Ï 30 | **CLERK'S NOTICE: Motion Hearing re 21 MOTION to Strike or Stay MOTION to Dismiss for Lack of Jurisdiction set for 9/12/2019 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Opposition due by 8/13/2019. Reply due by 8/27/2019.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(afmS, COURT STAFF) (Filed on 8/1/2019) (Entered: 08/01/2019)** |
| 08/09/2019 | Ï 31 | STIPULATION WITH PROPOSED ORDER *Joint Stipulation to Transfer Case; [Proposed] Order Granting Transfer* filed by Richard Ziccarello. (Birka−White, David) (Filed on 8/9/2019) (Entered: 08/09/2019) |
| 08/09/2019 | Ï 32 | **Order by Judge Edward M. Chen granting 31 Stipulation To Transfer Case. Case transferred to District of New Jersey.(afmS, COURT STAFF) (Filed on 8/9/2019) (Entered: 08/09/2019)** |
| 08/12/2019 | Ï | |

| | | Case electronically transferred to the District of New Jersey. (slhS, COURT STAFF) (Filed on 8/12/2019) (Entered: 08/12/2019) |