# LEVIN SEDRAN & BERMAN LLP
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
LAURENCE S. BERMAN
FRED S. LONGER*
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN*
MICHAEL M. WEINKOWITZ*+
KEITH J. VERRIER
NICOLA F. SERIANNI*
DAVID C. MAGAGNA, JR.*
NICHOLAS J. ELIA

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA  19106-3697

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
HOWARD J. SEDRAN
SANDRA L. DUGGAN
RAYMOND P. FORCENO

*also admitted in New Jersey
+also admitted in New York

December 19, 2020

The Honorable Esther Salas
U. S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

The Honorable Cathy L. Waldor
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**RE:** *Richard Ziccarello, et.al. v. Sanyo Energy (U.S.A.) Corporation; Sanyo North America Corporation; Panasonic Corporation of North America; et.al.*, **United States District Court (District of New Jersey), Case No. 2:19-cv-16623-ES-CLW**

Dear Judge Salas and Judge Waldor,

On December 14, 2020 the parties filed a Notice of Joint Motion for Preliminary Approval of Class Action Settlement (Document 76) and Memorandum of Law in Support of Joint Motion for Preliminary Approval of Class Action Settlement (Document 76-1). It has come to our attention that certain signature blocks of defense counsel were inadvertently omitted. As it was a joint motion, we attach to this letter a corrected Notice of Joint Motion and Memorandum of Law which now contain the corrected and complete signature blocks. Nothing else has changed in the papers.

Very truly yours,

*/s/ Michael M. Weinkowitz*

MICHAEL M. WEINKOWITZ

MMW/ddg
cc: David Yohai, Esq.
David M. Birka-White, Esq.