Michael M. Weinkowitz
mweinkowitz@lfsblaw.com
**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*Pro Hac Vice*)
cschaffer@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

David M. Birka-White (*Pro Hac Vice*)
dbw@birka-white.com
Steven T. Knuppel (*Pro Hac Vice*)
sknuppel@birka-white.com
**BIRKA-WHITE LAW OFFICES**
178 E. Prospect Avenue
Danville, CA 94526
Telephone: (925) 362-9999

John D. Green (*Pro Hac Vice*)
jgreen@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, Suite 1700
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Individual and Representative
Plaintiff RICHARD ZICCARELLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD ZICCARELLO, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>SANYO ENERGY (U.S.A.) CORPORATION; SANYO NORTH AMERICA CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; and DOES 1-20, inclusive,<br><br>     Defendants. | Case No.  2:19-CV-16623-CLW<br><br>**NOTICE OF JOINT MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**FINAL APPROVAL HEARING:**  **July 8, 2021**<br><br>The Honorable Cathy L. Waldor |

## NOTICE OF JOINT MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 8, 2021, before the Honorable Cathy L. Waldor in the above-entitled Court, individual and representative plaintiff Richard Ziccarello and defendants Sanyo Energy (U.S.A.) Corporation, Sanyo North America Corporation, and Panasonic Corporation of North America will and hereby do respectfully move the Court, pursuant to Federal Rule of Civil Procedure 23, for entry of the accompanying proposed Order and Final Judgment.

## STATEMENT OF ISSUES TO BE DECIDED

pBy this joint motion, the parties move the Court for an Order:

1. Granting final approval of the Settlement in this Action pursuant to Federal Rule of Civil Procedure 23(e);[1]

2. Granting final approval to the certification for purposes of the Settlement of the Settlement Class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3);

3. Granting final approval to the appointment of Plaintiff Richard Ziccarello as the Settlement Class Representative;

4. Granting final approval to the appointment of the Birka-White Law

---

[1] A copy of the executed Settlement Agreement is attached as **Exhibit A** to the accompanying Declaration of David M. Birka-White.

Offices, Levin Sedran & Berman LLP and Farella Braun & Martell LLP as Class Counsel;

5. Approving the Notice given to the Settlement Class as the best notice practicable in the circumstances in accordance with the requirements of FED. R. CIV. P. 23 and due process; and

6. Dismissing the Action with prejudice as set forth in the Settlement Agreement.

This Joint Motion is based on the accompanying Memoranda of Law, the Declaration of David M. Birka-White ("Birka-White Decl."), Declaration of Charles E. Schaffer ("Schaffer Decl."), Declaration of John D. Green ("Green Decl."), Declaration of Richard Ziccarello ("Ziccarello Decl.") and Declaration of Jeanne C. Finegan, President and Chief Media Officer of HF Media, LLC, a division of Heffler Claims Group, LLC of ("Finegan Decl."), and all exhibits thereto, the arguments of counsel, and all papers and records on file in this matter.

Accordingly, the parties respectfully request that this motion be granted and that the Court approve and enter the accompanying proposed Order and Final Judgment.

DATED: June 10, 2021            **BIRKA-WHITE LAW OFFICES**

By: _/s/ David M. Birka-White_
DAVID M. BIRKA-WHITE

David M. Birka-White (*Pro Hac Vice*)

dbw@birka-white.com
Steven T. Knuppel (*Pro Hac Vice*)
sknuppel@birka-white.com
**BIRKA-WHITE LAW OFFICES**
178 E. Prospect Avenue
Danville, CA 94526
Telephone: (925) 362-9999

Michael M. Wienkowitz
mweinkowitz@lfsblaw.com
Charles E. Schaffer (*Pro Hac Vice*)
cschaffer@lfsblaw.com
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

John D. Green (Pro Hac Vice)
jgreen@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, Suite 1700
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Individual and Representative
Plaintiff RICHARD ZICCARELLO