Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*Pro Hac Vice*)
cschaffer@lfsblaw.com
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
mweinkowitz@lfsblaw.com

David M. Birka-White (*Pro Hac Vice*)
dbw@birka-white.com
Steven T. Knuppel (*Pro Hac Vice*)
sknuppel@birka-white.com
**BIRKA-WHITE LAW OFFICES**
178 E. Prospect Avenue
Danville, CA 94526
Telephone: (925) 362-9999

John D. Green (*Pro Hac Vice*)
jgreen@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, Suite 1700
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Individual and Representative
Plaintiff RICHARD ZICCARELLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD ZICCARELLO, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SANYO ENERGY (U.S.A.) CORPORATION; SANYO NORTH AMERICA CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:19-CV-16623-CLW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF SERVICE AWARD**<br><br>**FINAL APPROVAL HEARING:**　　　**July 8, 2021**<br><br>The Honorable Cathy L. Waldor |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 8, 2021 before the Honorable Cathy L. Waldor in the above-entitled Court, Class Counsel will move and hereby do move the Court for orders: (1) awarding Class Counsel attorney fees of $1,672,265.03; (2) awarding Class Counsel $72,734.97 as reimbursement of out-of-pocket costs and expenses incurred in prosecuting the litigation; for a total of $1,745,000.00 and (3) awarding Class Representative Richard Ziccarello an incentive award in the amount of $5,000.00.

The motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Joint Motion for final approval, the Settlement Agreement, the Declarations of David M. Birka-White, John D. Green, Charles E. Schaffer and Richard Ziccarello filed in support of the motion for final approval and the Declaration of Jeanne C. Finegan Concerning Implementation of Class Member Notification, the argument of counsel, and all pleadings and records on file in this matter.

Accordingly, Plaintiffs respectfully request that this motion be granted and that the Court approve and enter the proposed form of Order that is contemporaneously submitted herewith.

DATED: June 10, 2021         Respectfully submitted,

**BIRKA-WHITE LAW OFFICES**

By: /s/ David M. Birka-White
    DAVID M. BIRKA-WHITE

David M. Birka-White (*Pro Hac Vice*)
dbw@birka-white.com
Steven T. Knuppel (*Pro Hac Vice*)
sknuppel@birka-white.com
**BIRKA-WHITE LAW OFFICES**
178 E. Prospect Avenue
Danville, CA 94526
Telephone: (925) 362-9999

Michael M. Weinkowitz
mweinkowitz@lfsblaw.com
Charles E. Schaffer *(Pro Hac Vice)*
cschaffer@fsblaw.com
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663

John D. Green (*Pro Hac Vice*)
jgreen@fbm.com
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, Suite 1700
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Individual and Representative Plaintiff RICHARD ZICCARELLO